MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR08-5428BHS |
| Plaintiff, | ) | |
| vs. | ) | ORDER SEALING AFFIDAVIT OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS' DEADLINE |
| ALAN D. BECKER, | ) | |
| Defendant. | ) | |

The Court having considered the Motion for Order Sealing Affidavit of Counsel in support of Unopposed Motion to Continue Trial Date and Pretrial Motions' Deadline,

NOW THEREFORE IT IS HEREBY ORDERED that the Affidavit of Counsel and any appendixes thereto be sealed.

DONE this 7th day of July, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

/s/ *Miriam F. Schwartz*
MIRIAM F. SCHWARTZ
Attorney for Defendant

ORDER SEALING AFFIDAVIT OF COUNSEL – page 1